# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY GLEN MARK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-11-426-M |
| DR. MIKE JACKSON, M.D., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On May 19, 2011, United States Magistrate Judge Robert E. Bacharach issued an Order/Report and Recommendation in this action, recommending dismissal of plaintiff's request for leave to proceed *in forma pauperis* on grounds of mootness. Plaintiff was advised of his right to object to the Report and Recommendation by June 6, 2011. A review of the file reveals that plaintiff has filed no objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May19, 2011, and

(2) DENIES plaintiff's request for leave to proceed *in forma pauperis* [docket no. 2] as MOOT.

**IT IS SO ORDERED this 15th day of June, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE