# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY GLEN MARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-426-M |
| | ) |
| DR. MIKE JACKSON, M.D., in his official capacity for the Oklahoma Department of Corrections; DR. WADE WARREN, M.D., in his official capacity for the Cimarron Correctional Facility (CCH/CCF); RN, ROBIN ROOF, Administrator, in her official capacity for the Cimarron Correctional Facility (CCH/CCF); DR. KILBORY, M.D., in his/her official capacity for the Cimarron Correctional Facility (CCH/CCF); MED. ADMIN. JANE DOE (J.H.C.C.), in her official capacity for the Joseph Harp Correctional Center, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 19, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: The Plaintiff's Motion for a Default Judgment. The Magistrate Judge recommends that this Court deny plaintiff's motion for default judgment. The parties were advised of their right to object to the Report and Recommendation by February 6, 2012. On January 27, 2012, plaintiff filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation: The Plaintiff's Motion for a Default Judgment issued by the Magistrate Judge on January 19, 2012, and

(2)     DENIES plaintiff's Motion for Default Judgment against Glenda Lee [docket no. 75].

**IT IS SO ORDERED this 9th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE