## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

TONY GLEN MARK,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )        Case No. CIV-11-426-M
                                         )
DR. MIKE JACKSON, M.D., et al.,          )
                                         )
                    Defendants.          )

## ORDER

On April 10, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommended that defendant Dr. Mike Jackson's motion to dismiss should be granted and amendment of plaintiff's complaint to assert a personal capacity claim against defendant Dr. Jackson should be disallowed.  The parties were advised of their right to object to the Report and Recommendation by April 27, 2012.  On April 17, 2012, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 118] issued by the Magistrate Judge on April 10, 2012;

(2)     GRANTS defendant Dr. Mike Jackson's Motion to Dismiss [docket no. 105];

(3)     DISALLOWS any amendment of plaintiff's complaint to assert a personal capacity claim against defendant Dr. Mike Jackson; and

(4)     DISMISSES all claims against defendant Dr. Mike Jackson.

**IT IS SO ORDERED this 30th day of April, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE