## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

TONY GLEN MARK,             )
                                    )
               Plaintiff,       )
                                      )
vs.                              )     Case No. CIV-11-426-M
                                    )
DR. MIKE JACKSON, M.D., et al.,    )
                                    )
             Defendants.     )

## <u>ORDER</u>

On April 12, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that defendant Glenda Lee's motion to dismiss should be granted and the claims against her should be dismissed for failure to state a valid claim. The parties were advised of their right to object to the Report and Recommendation by April 30, 2012. On April 23, 2012, plaintiff filed his objection.

Having carefully reviewed this matter <u>de novo</u>, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 120] issued by the Magistrate Judge on April 12, 2012;

(2)    GRANTS defendant Glenda Lee's Motion to Dismiss [docket no. 79]; and

(3)    DISMISSES all claims against defendant Glenda Lee for failure to state a valid claim.

**IT IS SO ORDERED this 30th day of April, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE