IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY GLEN MARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-426-M |
| ) | |
| DR. MIKE JACKSON, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 9, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation: Motions for a Temporary Restraining Order and Preliminary Injunction. The Magistrate Judge recommended that the motions for a temporary restraining order and preliminary injunction should be denied. Plaintiff was advised of his right to object to the Report and Recommendation by April 26, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation: Motions for a Temporary Restraining Order and Preliminary Injunction [docket no. 117] issued by the Magistrate Judge on April 9, 2012, and

(2) DENIES plaintiff's Motions for TRO and Injunction [docket nos. 59 and 62].

**IT IS SO ORDERED this 4th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE