**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TONY GLEN MARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )    Case No. CIV-11-426-M |
| | ) |
| MIKE JACKSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 8, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that Dr. Wade Warren's Motion for Summary Judgment be granted and that judgment issue in favor of defendant Warren and against plaintiff. The parties were advised of their right to object to the Report and Recommendation by July 29, 2013. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1)     ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 172] issued by the Magistrate Judge on July 8, 2013;

(2)     GRANTS defendant Dr. Wade Warren's Motion for Summary Judgment [docket no. 166], and

(3)     ORDERS that judgment issue forthwith in favor of defendant Dr. Wade Warren and against plaintiff.

**IT IS SO ORDERED this 7th day of August, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE