IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TONY GLEN MARK,            )
                           )
    Plaintiff,             )
                           )
                           )   CIV-11-426-M
v.                         )
                           )
MIKE JACKSON, et al.,      )
                           )
    Defendants.            )

REPORT AND RECOMMENDATION

In this 42 U.S.C. § 1983 action, Plaintiff, a state prisoner appearing with court-recruited counsel[1], seeks damages for alleged constitutional violations related to the conditions of his confinement. There are two remaining claims of deliberate indifference to Plaintiff's medical needs alleged in count one and count two of the Complaint. Specifically, former United States Magistrate Judge Bacharach recommended that summary judgment be denied with respect to Plaintiff's claims of (1) a delay in the administration of Interferon treatment alleged in count one and (2) a failure to provide narcotic pain medication alleged in count two asserted against Defendants Roof and Kilbury. (Doc. # 107). This recommendation was adopted (Doc. # 111), and the motion by Defendants Roof and Kilbury to file a second motion for summary judgment was denied. (Doc. # 157). Defendants

---

[1] See Order (Doc. # 149)("The Court denied the request to 'appoint' counsel, but will recruit an attorney for Mr. Mark under 28 U.S.C. § 1915(e)(1).").

1

Jackson, Lee, and Warren have been dismissed from the action.

Accordingly, it is recommended that the Enter Order referring this matter to former Magistrate Judge Bacharach (Doc. # 4) and the transferral of the referral to the undersigned Magistrate Judge entered March 5, 2013, be vacated and the matter be scheduled for status conference.

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge, and any pending motion not specifically addressed herein is denied.

ENTERED this  7th  day of    August   , 2013.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE