IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY GLEN MARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-426-M |
| ) | |
| MIKE JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 7, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the order referring this matter to former United States Magistrate Judge Robert E. Bacharach and the transferral of the referral to Magistrate Judge Purcell be vacated and the matter be scheduled for status conference.

Having carefully reviewed the Report and Recommendation, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 175] issued by the Magistrate Judge on August 7, 2013;

(2) VACATES the Court's order referring this matter to former Magistrate Judge Bacharach [docket no. 4] and the transferral of the referral to Magistrate Judge Purcell; and

(3) SETS this case on the Court's October Status and Scheduling Conference Docket.

**IT IS SO ORDERED this 20th day of August, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE